NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

04-505

CORNELL JOHNSON

VERSUS

BURLINGTON NORTHERN AND SANTA FE RR, ET AL.

**********
APPEAL FROM THE
THIRTY-FIRST JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON DAVIS, NO. C-474-00
HONORABLE WENDELL R. MILLER, DISTRICT JUDGE
**********

GLENN B. GREMILLION
JUDGE

**********

Court composed of Jimmie C. Peters, Glenn B. Gremillion, and Billy H. Ezell, Judges.

AFFIRMED.

Ronald Cole Richard
One Lakeshore Drive, Ste 1800
Lake Charles, LA 70629
(337) 494-1900
Counsel for Plaintiff/Appellant
      Cornell Johnson

**Jeffrey Martin Cole**
**Plauche, Smith & Nieset**
**P.O. Drawer 1705**
**Lake Charles, LA 70602**
**(337) 436-0522**
**Counsel for Defendants/Appellees**
  **Continental Casualty Company**
  **Pepsi Bottling Group, Inc.**
  **New Burn Transportation Corp.**

**Dorothy D. Thomas**
**511 Louray Court**
**Baton Rouge, LA 70808-4112**
**(225) 767-3702**
**Counsel for Defendant/Appellee**
  **Burlington Northern and Santa Fe RR**

**Robert M. Mahony**
**Onebane, Bernard, Torian**
**P. O. Box 3507**
**Lafayette, LA 70502**
**(337) 237-2660**
**Counsel for Defendant/Appellee**
  **Town of Jennings**

**John E. McElligott, Jr.**
**Davidson, Meaux, Sonnier, & McElligott**
**P. O. Drawer 2908**
**Lafayette, LA 70502-2908**
**(337) 237-1660**
**Counsel for Defendant/Appellee**
  **Burlington Northern and Santa Fe RR**

**Craig S. Watson**
**3909 Plaza Tower Drive**
**Baton Rouge, LA 70816**
**(225) 292-3800**
**Counsel for Defendant/Appellee**
  **Craig S. Watson**

**Patrick Bayard McIntire**
**Oats & Hudson**
**100 E. Vermilion St., #400**
**Lafayette, LA 70501**
**(337) 233-1100**
**Counsel for Defendant/Appellee**
  **State Of LA, Thru The DOTD**

**Gregory F. Williams**
**P. O. Box 92992**
**Lafayette, LA 70509**
**(337) 981-1899**
**Counsel for Appellee**
**Scott Morgan**

**Richard C. Dalton**
**P. O. Box 5458**
**Lafayette, LA 70502-2716**
**(337) 262-0700**
**Counsel for Defendant/Appellee**
**Richard C. Dalton**